JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANLI LI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03351-AB-AJR<br><br>**ORDER DISMISSING ACTION GIVEN PENDING ADJUDICATION OF APPLICATION** |

　　The Court has reviewed the Parties' Stipulation to Stay Case Pending Adjudication of Application. Defendants have agreed to adjudicate Plaintiff's application—the relief sought by the Complaint. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by **September 1, 2025** if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　**IT IS SO ORDERED.**

Dated:  June 12, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.